1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAWONG ELLISON, ) | No. CV 09-2168 R (CW) |
| ) Petitioner, ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES |
| v. ) | MAGISTRATE JUDGE |
| MIKE KNOWLES (Warden), ) | |
| ) Respondent. ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

Accordingly, **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that Respondent's motion to dismiss (docket no. 25, filed March 17, 2010) be granted; and (3) that judgment be entered dismissing the petition, with prejudice, as time-barred.

1 **IT IS FURTHER ORDERED** that this order and the judgment herein be
2 served on the parties.
3
4 DATED:   Feb. 23, 2011

                                    _____
                                    MANUEL L. REAL
                                    United States District Judge