**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LAWONG ELLISON, | ) | No. CV 09-2168 R (CW) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| MIKE KNOWLES (Warden), | ) | |
| | ) | |
| Respondent. | ) | |
| ——————————————— | ) | |

    **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED:  Feb. 23, 2011

_____
      MANUEL L. REAL
United States District Judge